**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WINKELBAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANCIENT BRANDS, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-03503-FLA-KS<br><br>**CLASS ACTION**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: March 16, 2021<br>Removed: April 23, 2021 |

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41, Plaintiff Shane Winkelbauer, individually and on behalf of all others similarly situated ("Plaintiff"), by and through his counsel Ryan J. Clarkson and Zachary T. Chrzan of Clarkson Law Firm, P.C., hereby voluntarily dismisses this action without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 12, 2021

**CLARKSON LAW FIRM, P.C.**

*/s/* Ryan J. Clarkson
Ryan J. Clarkson, Esq.
Zachary T. Chrzan, Esq.

Attorneys for Plaintiff