Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

*Attorneys for Defendant*
*Ancient Brands, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANE WINKELBAUER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ANCIENT BRANDS, LLC, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:21-cv-03503-FLA-KS<br><br>**DECLARATION OF MATTHEW BORDEN IN SUPPORT OF DEFENDANT ANCIENT BRANDS, LLC'S OBJECTION TO PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR ORDER TO SHOW CAUSE**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Complaint Filed: March 16, 2021<br>Removed: April 23, 2021 |

Case No: 2:21-cv-03503-FLA-KS
BORDEN DECL. ISO OBJECTION TO DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR OSC

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and am counsel of record for Defendant Ancient Brands, LLC ("Ancient Brands") in this action. The following matters are known to me. If called upon as a witness in this case, I could and would testify competently to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of a letter from Zach Chrzan, Esq. to Ancient Brands, dated June 10, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of a letter from Zach Chrzan, Esq. to Ancient Brands, dated September 11, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of a letter from my office to Zach Chrzan, Esq., dated November 4, 2020.

5. Attached as **Exhibit 4** is a true and correct copy of a letter from Zach Chrzan, Esq. to Ancient Brands, dated March 15, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of search results from the Courthouse News, run by my office.

7. Our firm BraunHagey & Borden, LLP ("BHB") is a 30-lawyer boutique headquartered in San Francisco that routinely handles high profile, complex litigation involving unfair competition, and other commercial matters. We regularly appear before federal and state courts throughout the country to defend and prosecute claims involving a variety of business issues. Our clients run from Fortune 500 Companies to small businesses and encompass many different types of industries. We have successfully litigated and arbitrated disputes exceeding many billions of dollars.

8. In addition to complex commercial litigation, we also handle significant pro bono and impact litigation assignments. Every time we have petitioned a court for our fees in such matters, they have been approved.

9. Most of our clients, including Ancient Brands, pay for our firm's services on an hourly basis. Our rates increase on a yearly basis. The rates given below are the firm's 2021 rates. Our firm's 2020 rates were recently approved by the

Honorable Edward J. Davila in the Northern District of California in the matter of *Optronics Technology, Inc. v. Ningbo Sunny, et al.*, No. C 16-6370 EJD (N.D. Cal.), in which we obtained a jury verdict exceeding $54 million.

10. Our firm's past rates have been approved in decisions issued by numerous courts, including the Ninth Circuit in *Walker v. B&G Foods, Inc., et al.*, Case No. 16-15349 (9th Cir., Jul. 20, 2017), District Courts in this State, *e.g.*, *Hill v. Robert's Am. Gourmet Food, Inc.*, No. C 13-80166 EDL (N.D. Cal.), and *Hunt v. Sunny Delight Beverages Co.*, 18-cv-00557-JLS-DFM (C.D. Cal.), Dkt. No. 69. Our past rates have also been approved by California state courts. *See*, *e.g.*, *Davis v. AG Seal Beach, LLC, et al.*, Case No. BC468346 (Los Angeles Super. Ct.).

11. I have personal knowledge of the rates charged and used in client pitches by other law firms in the Bay Area. Although our base pay for associates exceeds the "Cravath Scale," *i.e.*, the standard lockstep rates paid by big firms, the rates that BHB charges its clients, and the rates paid by Ancient Brands for the work done at trial and in this motion, are substantially lower than the rates charged by the big firms and boutiques where our lawyers, including myself, previously practiced, *e.g.*, Morrison & Foerster, LLP, Quinn Emanuel Urquhart & Sullivan LLP, Latham & Watkins, LLP, Keker & Van Nest LLP, and Munger, Tolles & Olson, LLP to name a few.

12. After law school, I clerked for the Honorable William Alsup in the United States District Court for the Northern District of California. I practiced at Morrison & Foerster LLP before co-founding BHB. I have tried cases in state and federal court and successfully argued appeals before the Ninth Circuit, the Federal Circuit and the California Courts of Appeal. I have successfully represented Fortune 500 companies, private equity funds, financial institutions, and foreign governments in billion-dollar lawsuits and other high-stakes litigation (some of my former clients include Bank of America, Kyocera Corp., Wells Fargo Bank, and the Government of Egypt). I have also successfully prosecuted high-stakes litigation against similar

entities, such as BNY Mellon, Deloitte & Touche, Mizuho Bank, Shinsei Bank, Citibank, National City Bank, and the Government of Japan. My standard billing rate for 2021 is $915/hour.

13. I spent at least 5.7 efficient billable hours analyzing the pleading in this case, directing the preparation of the notice of removal and reviewing the notice of removal, preparing the objection to plaintiff's dismissal without prejudice and request for an order to show cause, reviewing our firm's billing records, and preparing this declaration.

14. David Kwasniewski graduated Cornell Law School *magna cum laude* in 2011 and was Articles Editor of the Cornell Law Review. Following law school, he clerked for the Honorable Chief Judge Curtis V. Gómez in the District of the Virgin Islands. Mr. Kwasniewski has handled numerous high-stakes intellectual property cases and consumer class actions. His standard billing rate in 2021 is $675/hour. He spent at least 4.3 efficient billable hours preparing Ancient Brands' objection to plaintiff's dismissal with prejudice, analyzing the claims in this matter, preparing the notice of removal, and preparing correspondence with Plaintiff's lawyers. We have had at least an additional 21 efficient billable hours in associate time spent on researching Plaintiff's claims, the notice of removal and the legal standard for this objection, and drafting the notice of removal and this objection, at our standard 2021 rates, totaling $14,715 in additional fees. I have exercised billing judgment in reviewing the fees set forth in this declaration.

15. To date, Ancient Brands has incurred at least $22,293 in legal fees as a result of this action being filed. These fees do not include any time spent responding to the demand letter Plaintiff's lawyers sent, allegedly on behalf of Brianna Barrett.

BORDEN DECL. ISO OBJECTION TO DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR OSC

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on: May 28, 2021          By:   */s/ Matthew Borden*
                                          Matthew Borden