**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WINKELBAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANCIENT BRANDS, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-03503-FLA-KS<br><br>**CLASS ACTION**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF ZACH CHRZAN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO THE COURT'S DISMISSAL ORDER**<br><br>Complaint Filed: March 16, 2021<br>Removed: April 23, 2021 |

1
DECLARATION OF ZACH CHRZAN ISO PLAINTIFF'S RESPONSE TO
DEFENDANT'S OBJECTION TO THE COURT'S DISMISSAL ORDER

1. I am an associate at Clarkson Law Firm, P.C. ("CLF") and counsel of record for Plaintiff Shane Winkelbauer ("Plaintiff"). I am licensed to practice in the State of California, and I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's response to Defendant's objection to the Court's dismissal order.

3. On, May 10, 2021, at Defendant's request, the parties held a Local Rule 7-3 conference of counsel on Defendant's prospective Rule 12(b)(1) and 12(b)(6) motion to dismiss. Importantly, the parties' actions (holding the L.R. 7-3 conference) reflected their respective beliefs that Defendant's state court answer was not operative, and that Defendant had retained its right to challenge the sufficiency of Plaintiff's complaint notwithstanding its pre-removal state court answer.

4. After the L.R. 7-3 conference, Plaintiff considered Defendant's prospective Rule 12 challenge and agreed to dismiss his complaint without prejudice.

5. There is no evidence to support the claim that Plaintiff's counsel engaged in any inappropriate actions (they have not), no evidence that Plaintiff's counsel "solicited Plaintiffs" to bring claims (they did not), and no evidence supporting the accusation that Plaintiff's counsel brought a "fake case" (whatever that means). Defendant's accusations are offensive, unprofessional, and wholly without merit.

6. In fact, many of the cases included in the report (indeed, the only cases in which the same plaintiff appears in multiple cases) cites "Clarkson Law Firm, LLC" as the plaintiff's counsel of record, an entity which has zero affiliation whatsoever with Plaintiff or Plaintiff's counsel in this case or any case.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 2nd day of June, 2021 in Los Angeles, California.

_____
Zach Chrzan